IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00683-FL

| | |
|---|---|
| LEO J. EDWARDS, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) ORDER |
| v. | )<br>) |
| CITY OF RALEIGH, | )<br>) |
| Defendant. | |

This matter comes before the Court on the Defendant City of Raleigh's Motion to Stay discovery, to include filing a discovery plan, until after the Court rules on Plaintiff's motion to conditionally certify a collective action [D.E. 17.] For good cause shown and for the reasons stated in the motion, the City's motion is GRANTED.

IT IS THEREFORE ORDERED that all discovery in this civil action is STAYED until such time as the court resolves Plaintiff's motion to conditionally certify a collective action [D.E. 17.]. It is further ordered that within 14 days of the court's ruling on Plaintiff's motion [D.E. 17], counsel for the parties shall confer regarding further scheduling and discovery matters, and shall file a Rule 26(f) report, advising the court of the parties' position(s) with regard to the same.

SO ORDERED, this the 9th day of April, 2024.

_____
Louise Wood Flanagan
United States District Court