IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No. 5:23-CV-00683-FL

| | |
|---|---|
| LEO J. EDWARDS, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) |
| CITY OF RALEIGH, | ) ) ) |
| *Defendant*. | ) |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION TO CONDITIONALLY CERTIFY THIS MATTER AS A COLLECTIVE ACTION AND FOR A COURT-AUTHORIZED NOTICE TO BE ISSUED UNDER SECTION 216(B) OF THE FAIR LABOR STANDARDS ACT**

Pursuant to the Court's September 11, 2024 Order, partially granting Defendant City of Raleigh's ("Defendant") Motion to Dismiss, and partially granting Named Plaintiff Leo Edwards' ("Plaintiff") Motion for Conditional Certification, (Dkt. 33), Plaintiff hereby submits a revised notice. *See* Ex. A, Plaintiff's Revised Proposed Notice. Specifically, Plaintiff amended the notice to remove references to Plaintiff's dismissed claims relating to bonuses and Defendant's compensatory time bank policy, in line with the Court's September 11, 2024, Order.

On September 25, 2024, Defendant reviewed Plaintiff's Revised Proposed Notice and had no objection.

Respectfully submitted this September 25, 2024,

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130

Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE WITH WORD COUNT**

I hereby certify that I have read the Court's Local Rules, and I certify that this document complies with the applicable word limit as it contains fewer than 8,400 words, excluding the parts of the document that are exempted. This certificate was prepared in reliance on the word count feature of the word processing software used to prepare this document.

Respectfully submitted this September 25, 2024.

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION TO CONDITIONALLY CERTIFY THIS MATTER AS A COLLECTIVE ACTION AND FOR A COURT-AUTHORIZED NOTICE TO BE ISSUED UNDER SECTION 216(B) OF THE FAIR LABOR STANDARDS ACT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document on the following:

Anna M. Davis
Senior Associate City Attorney
6716 Six Forks Road
Raleigh, NC 27615
Tel: (919) 996-1003
State Bar No. 41195
Anna.Davis@raleighnc.gov

Alice Tejada
Senior Associate City Attorney
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-2004
State Bar No. 23909
Alice.Tejada@raleighnc.gov

*Attorneys for Defendant*

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*