IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No. 5:23-CV-00683-FL

| | |
|---|---|
| LEO J. EDWARDS, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| CITY OF RALEIGH, | ) ) |
| *Defendant.* | ) ) ) |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE CONCERNING ONLY OPT-IN PLAINTIFF THEODORE ALLEN PLACE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Opt-In Plaintiff Theodore Allen Place and Defendant, by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Opt-In Plaintiff's claims and causes of action in the above-styled case, in their entirety, with each party to bear his or its own costs and attorney's fees, specifically relating to Opt-In Plaintiff's participation in this matter.

Respectfully submitted this May 13, 2025.

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
*Attorneys for Plaintiffs*

/s/ *Alice Tejada*
Alice Tejada
Senior Associate City Attorney
P.O. Box 590, Raleigh, NC 27602
Tel: (919) 996-2004
State Bar No. 23909
Alice.Tejada@raleighnc.gov

Mollie A. Grose
Senior Associate City Attorney
P.O. Box 590, Raleigh, NC 27602
Tel: (919) 996-6560
State Bar No. 60900
Mollie.Grose@raleighnc.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, the foregoing **JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE CONCERNING ONLY OPT-IN PLAINTIFF THEODORE ALLEN PLACE** was delivered via the CM/ECF system to the following:

Alice Tejada
Senior Associate City Attorney
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-2004
State Bar No. 23909
Alice.Tejada@raleighnc.gov

Mollie A. Grose
Senior Associate City Attorney
P.O. Box 590
Raleigh, NC 27602
Tel. (919) 996-6560
State Bar No. 60900
Mollie.Grose@raleighnc.gov

*Attorneys for Defendant*

/s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiffs*